SUSAN A. WATSON, State Bar No. 67954
HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone (415) 288-6600
Facsimile (415) 288-6618

swatson@hfdclaw.com

Attorneys for Defendants
WERNER ENTERPRISES, INC. and MICHAEL BALFANZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDON KELII CASTRO<br><br>      Plaintiff<br><br>vs.<br><br>MICHAEL LEE BALFANZ, WERNER ENTERPRISES, INC. dba C. L. WERNER, INC. and DOES 1-400, Inclusive<br><br>      Defendants. | Case No. 2:09 CV 00433-GEB-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE DATE OF DESIGNATION OF EXPERTS** |

## **STIPULATION**

     Whereas the date for expert designation in this matter is currently set for October 19, 2009, and the date for trial is set for October 12, 2010;

     Whereas the parties have conducted preliminary discovery, and anticipate the need for substantial further discovery in the future relating to the medical issues presented in this case;

     Whereas the parties have agreed to conduct settlement discussions through private mediation prior to further discovery, and agree that holding such discussions before further expenditures, including the designation of experts, would be helpful to the settlement process;

Therefore the parties by and through their respective counsel herein stipulate to continue the date for designation of experts for 60 days to December 18, 2009.

Dated:  September 10, 2009                              HARRINGTON, FOXX, DUBROW & CANTER, LLP


By:  /s/Susan A. Watson
     SUSAN A. WATSON
     Attorneys for Defendants
     WERNER ENTERPRISES, INC. and MICHAEL BALFANZ


Dated:  September 8, 2009                               CLANCY, DOYLE & O'DONNELL


By:  /s/ Daniel G. O'Donnell
     DANIEL G. O'DONNELL
     Attorneys for Plaintiff
     ALDON KELII CASTRO_____


## **ORDER**

Based on the foregoing Stipulation and good cause appearing therefore, the deadline for designation of experts is extended to December 18, 2009.


Date:  September 10, 2009


_____
GARLAND E. BURRELL, JR.
United States District Judge