IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALDON KELII CASTRO,                )
                                   )   2:09-cv-00433-GEB-JFM
            Plaintiff,             )
                                   )   ORDER RE: SETTLEMENT
       v.                          )   AND DISPOSITION
                                   )
MICHAEL LEE BALFANZ; WERNER        )
ENTERPRISES, INC. dba C.L. WERNER, )
INC.,                              )
                                   )
            Defendants.            )
_____)

     On November 25, 2009 Defendants filed a Notice of Settlement in which Defendants state the parties "have reached a settlement." Therefore, a dispositional document shall be filed no later than December 15, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

     IT IS SO ORDERED.

Dated: December 1, 2009

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge